## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PAUL LANGSTON**, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**SENTRY ON-SITE SECURITY CORPORATION,**<br><br>      Defendant. | Docket No. 5:21-cv-00226-HE<br>JUDGE JOE HEATON |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby notify the Court that they have settled this case. The Parties anticipate filing their joint motion for approval and supporting documentation within thirty (30) days from the date of this Joint Notice.

Respectfully submitted,

**NILGES DRAHER LLC**                              **PRACTUS, LLP**

/s/*Robi J. Baishnab*\*                                        /s/*Molly Aspan*
Robi J. Baishnab (0086195)                           Molly Aspan, OBA No. 19752
34 N. High Street, Ste. 502                            3400 East 33rd Street
Columbus, Ohio 43215                                  Tulsa, Oklahoma 74135
(614) 824-5770                                               (918) 694-6970
(330) 754-1430 (Fax)                                     molly.aspan@practus.com
rbaishnab@ohlaborlaw.com

                                                                         *Attorney for Defendant*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, NW, Suite D
Massillon, Ohio 44646
(330) 470-4428
(330) 754-1430 (Fax)
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

*Attorneys for Plaintiffs*

\* *Signed by Filing Attorney with permission of Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th of June, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robi J. Baishnab
Hans A. Nilges
Shannon M. Draher.

*/s/Molly Aspan*
Molly Aspan

*Attorney for Defendant*