IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL LANGSTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. CIV-21-0226-HE |
| ) | |
| SENTRY ON-SITE SECURITY ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered this date, this case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 30th day of August, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE